**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1982**

WADDELL MCCOLLUM; LENA MCCOLLUM,

                Plaintiffs - Appellants,

       v.

HUBERT PETERKIN; TIMOTHY RUGG; SAMUEL MORANT; TIMOTHY KAVANAUGH; STANLEY DAVIS; HOKE COUNTY; JOHN DOE #1; JOHN DOE #2; JOHN DOE #3; JOHN DOE #4; JOHN DOE #5,

                Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:17-cv-00965-WO-JLW)

Submitted:  February 27, 2019                     Decided:  May 1, 2019

Before KEENAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Waddell McCollum, Lena McCollum, Appellants Pro Se.  Bradley O. Wood, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Waddell and Lena McCollum appeal the district court's order denying relief on their complaint asserting claims under 42 U.S.C. § 1983 (2012), and related state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCollum v. Peterkin*, No. 1:17-cv-00965-WO-JLW (M.D.N.C. July 3 & July 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*